```
 1  JAMES F. LISOWSKI, SR.
    Panel Bankruptcy Trustee
 2  Nevada Bar No.: 4321
    P.O. Box 95695
 3  Las Vegas, NV 89193
    (702) 737-6111
 4
              UNITED STATES BANKRUPTCY COURT
 5
                 FOR THE DISTRICT OF NEVADA
 6
    In re:                          )  CASE NO.: BK-S-07-17622 LBR
 7  GERARDO LOPEZ                   )  Chapter 7 -- Liquidation
    IRMA LOPEZ                      )
 8  LOPEZ-RUVALCABA, GERARDO        )
    LOPEZ, IRMA DE                  )
 9                                  )
    Address:                        )
10     3420 MASTERCRAFT AVE         )
       NORTH LAS VEGAS, NV 89031    )  Hearing Date: N/A
11                                  )  Hearing Time: N/A
```

TO: Clerk, United States Bankruptcy Court

FROM: James F. Lisowski, Sr., Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 6 | RECOVERY MANAGEMENT SYSTEMS CORPORATION FOR GE MONEY BANK, DBA LOWES CONSUMER, 25, SE 2ND AVE STE 1120 MIAMI, FL 33131 | $4.81 | |
| 7 | RECOVERY MANAGEMENT SYSTEMS CORPORATION FOR GE MONEY BANK, DBA CHEVRON TEXACO, PLCC, 25 SE 2ND AVE STE 1120 MIAMI, FL 33131 | $2.86 | |
| 8 | RECOVERY MANAGEMENT SYSTEMS CORPORATION FOR GE MONEY BANK, DBA CHEVRON TEXACO, PLCC, 25 SE 2ND AVE STE 1120 MIAMI, FL 33131 | $3.81 | |
| TOTAL | | $ 11.48 | |

Dated: _____    _____
                                  James F. Lisowski, Sr., Trustee

$ 11.48        # 192250

**NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.**